**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Cynthia R. Yanovich, et al.,** | ) | **CASE NO. 1:05 CV 2691** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Sulzer Orthopedics, Inc., et al.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendants'

Motion for Summary Judgment (Doc. 29), hereby enters judgment for defendants.

IT IS SO ORDERED.


                                            /s/ Patricia A. Gaughan
                                            PATRICIA A. GAUGHAN
                                            United States District Judge

Dated: 12/13/06